

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

March 17, 1939

Mr. Joe Kunschik
Commissioner of Labor
Austin, Texas

Dear Sir:

Opinion No. O-416
Re: Whether Independent School
Districts come within the pro-
visions of Article 5159a.

Your request for an opinion as to whether an
independent school district as such would come within
the provisions of Article 5159a has been received by
this office.

As relates to this opinion Section 1 of
Article 5159a reads as follows:

"Not less than the general prevailing
rate of per diam wages for work of a
similar character in the locality in
which the work is performed..........
shall be paid to all laborers, work-
men or mechanics employed by or on
behalf of.......any.......district,
engaged in the construction of public
works......."

The Legislature did not place any limita-
tion upon the type of district subject to the pro-
visions of the law. An independent school district
would come within the purview of the word district
as used.

"Public works" is defined by Article 5159a, Section 4 as follows:

"Any construction....done under contract, and paid for in whole or in part out of public funds,....whether or not done under public supervision or direction, or paid for wholly or in part out of public funds, shall be held to be 'public works'....."

The construction of a school building by an independent school district necessarily involves the expenditure, at least in part, of public funds for the reason that the costs of construction are paid in whole or in part by funds raised or bonds paid for by taxation.

It is, therefore, our opinion that the construction of a school building by an independent school district is such as would be governed by Article 5159a, Revised Civil Statutes 1925.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

HQB,

Richard H. Cooke
Assistant

RHC:bbb

APPROVED:

ATTORNEY GENERAL OF TEXAS